IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 08-00386 |
| v. | ) ) | |
| TOP QUALITY GLASS & MIRROR CO., INC. a/k/a Top Quality Glass & Mirror, Inc. a/k/a Top Quality Glass & Mirror Co Inc | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF AFFIDAVIT OF SERVICE

**TO THE CLERK:**

Please enter the Affidavit of Service attached to this notice.

**Name of Party Served:** Terri Burnett, Office Manager

**Date of Service:** March 14, 2008

**Location of Service:** Top Quality Glass & Mirror, Co. Inc.
2260 E. 38th Street
Indianapolis, IN 46240

Respectfully submitted,

JENNINGS SIGMOND

BY: /s Kent G. Cprek
KENT G. CPREK
D.C. Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615

Counsel for Plaintiff

Dated: March 25, 2008

194555

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of District of Columbia

Case Number: 1:08-CV-00386

Plaintiff:
**International Painters and Allied Trades Industry Pension fund and Gary J. Meyers**

vs.

Defendant:
**Top Quality Glass & Mirror Co., Inc. a/k/a Top Quality Glass & Mirrow, Inc. a/k/a Top Quality Glass & Mirror Co Inc**

Received by Legal Errands, Inc. on the 12th day of March, 2008 at 1:39 pm to be served on **Top Quality Glass & Mirror Co., Inc., 2260 E. 38th Street, Indianapolis, IN 46240**.

I, Pamela J. Conley, being duly sworn, depose and say that on the **14th day of March, 2008 at 8:35 am**, I:

Delivered a true copy of the **Summons and Complaint** to Terri Burnett, Office Manager at the aforementioned address, who stated that they were authorized to accept service.

**Description of Person Served:** Age: 42, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 170, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Subscribed and Sworn to before me on the 14th day of March, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

NANCY BOTBYL
NOTARY PUBLIC - OFFICIAL SEAL
State of Indiana, Marion County
My Commission Expires Jul. 16, 2009

Pamela J. Conley
Process Server

Legal Errands, Inc.
P. O. Box 24866
Philadelphia, PA 19130
(866) 877-3783

Our Job Serial Number: 2008001864
Ref: Jennings Sigmund IN

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

TOP QUALITY GLASS & MIRROR CO., INC
a/k/a Top Quality Glass & Mirror, Inc.
a/k/a Top Quality Glass & Mirror Co Inc

CASE

Case: 1:08-cv-00386
Assigned To : Bates, John D.
Assign. Date : 3/3/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

TOP QUALITY GLASS & MIRROR CO., INC.
a/k/a Top Quality Glass & Mirror, Inc.
a/k/a Top Quality Glass & Mirror Co Inc
2260 East 38th Street
Indianapolis, IN 46240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR -3 2008
CLERK                             DATE

(By) DEPUTY CLERK