IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND et al.<br><br>    Plaintiff,<br>v.<br><br>TOP QUALITY GLASS & MIRROR CO., INC.<br><br>    Defendant. | CIVIL ACTION NO. 08-cv-386 |

### SUGGESTION OF BANKRUPTCY

TO THE CLERK:

Defendant Top Quality Glass & Mirror Co., Inc. filed Chapter 11 bankruptcy on March 18, 2008, in the United States Bankruptcy Court for the Southern District of Indiana, docketed at Case No. 08-02765-AJM-11. No further action may be prosecuted against Top Quality Glass & Mirror Co., Inc. in Civil Action No. 08-cv-386 as a result of the automatic stay imposed pursuant to 11 U.S.C. §362(a).

                                              Respectfully submitted,

                                              JENNINGS SIGMOND, P.C.
BY: s/ Kent G. Cprek
       KENT G. CPREK
       Bar No. 478231
       DAWN M. COSTA
       The Penn Mutual Towers, 16th Floor
       510 Walnut Street, Independence Square
       Philadelphia, PA 19106-3683
       (215) 351-0611/0616
       Attorneys for the Fund

Date: April 15, 2008

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Suggestion of Bankruptcy was served by mailing same first class mail, postage prepaid on the date listed below:

Edward B. Hopper, II, Esq.
215 E. Ohio Street, Suite 1100
Indianapolis, IN 46240

Top Quality Glass & Mirror Co., Inc.
2206 East 38th Street
Indianapolis, IN 46240

s/ Kent G. Cprek
KENT G. CPREK

Dated: April 15, 2008

195143
PTINTF-29587

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND et al. ) ) ) Plaintiff, ) v. ) ) TOP QUALITY GLASS & MIRROR CO., INC. ) ) Defendant. ) | CIVIL ACTION NO. 08-cv-386 |

ORDER

Upon consideration of the Suggestion of Bankruptcy filed by Plaintiff, International Painters and Allied Trades Industry Pension Fund, it is ORDERED:

1. All claims against Defendant Top Quality Glass & Mirror Co., Inc. in this action are stayed pending a final resolution of the bankruptcy proceeding of Top Quality Glass & Mirror Co., Inc.

BY THE COURT

Date:_____         _____
                        John D. Bates,              J.
                        United States District Court Judge