UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOP QUALITY GLASS & MIRROR CO., INC.,<br><br>Defendant. | FILED<br>APR 1 6 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 08-386 (JDB) |

### ORDER

Upon consideration of [3] the Suggestion of Bankruptcy as to defendant Top Quality Glass & Mirror Co., Inc., filed by plaintiff, and the entire record herein, it is hereby

**ORDERED** that all claims against defendant Top Quality Glass & Mirror Co., Inc. are **DISMISSED** without prejudice; and it is further

**ORDERED** that plaintiff may reopen this matter following a final resolution of the bankruptcy proceeding or lifting of the stay imposed pursuant to 11 U.S.C. § 362(a).

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: April 16, 2008

Copies to:

Kent G. Cprek
Jennings Sigmond, P.C.
The Penn Mutual Towers
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683

Edward B. Hopper, II
215 E. Ohio Street, Suit 1100
Indianapolis, IN 46240

Top Quality Glass & Mirror Co., Inc.
2206 East 38th Street
Indianapolis, IN 46240